UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Karl P. Knutsen,

Plaintiff,

vs.

Brotherhood of Maintenance of Way Employes, Tom Knutson and Mac Fleming,

Defendants.

Court File No. 01-1418 JMR/SRN

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the attached Stipulation of Dismissal with Prejudice and Notice of Dismissal, executed by counsel, **IT IS ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITH PREJUDICE**, without attorney's fees, costs, or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: April 3rd, 2002

James M. Rosenbaum
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

301799- 1

COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Karl P. Knutsen,

Plaintiff,

vs.

Brotherhood of Maintenance of Way Employes, Tom Knutson and Mac Fleming,

Defendants.

Court File No. 01-1418 JMR/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND NOTICE OF DISMISSAL**

WHEREAS, the above-entitled matter has been fully settled and resolved as between plaintiff Karl P. Knutsen and defendants Brotherhood of Maintenance of Way Employes and Mac Fleming; and

WHEREAS, defendant Tom Knutson, who is deceased, has not served an answer or motion for summary judgment in this action;

NOW, THEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between plaintiff Karl P. Knutsen and defendants Brotherhood of Maintenance of Way Employes and Mac Fleming, through their attorneys, that the above-entitled matter may be dismissed with prejudice and without cost to any of the parties;

PLAINTIFF FURTHER DISMISSES this action against defendant Tom Knutson, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure;

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ______

IT IS FURTHER STIPULATED AND AGREED that the Court may enter an Order dismissing the matter with prejudice and without cost to any of the parties, without further notice to any of the parties.

Dated: April 2, 2002

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ______________________

Patricia A. Bloodgood #157673
Gregory J. Myers, #0287398
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEYS FOR DEFENDANTS BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES AND MAC FLEMING**

Dated: April 2, 2002

JUDITH K. SCHERMER, P.L.L.C.

By: ______________________

Judith K. Schermer
950 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402-1033
Telephone: (612) 843-5400

**ATTORNEY FOR PLAINTIFF KARL P. KNUTSEN**